LENARD E. SCHWARTZER
2850 South Jones Blvd, Suite 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 14-13152 ABL |
| NEWHOUSE, BLYNTHIA JOYCE | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor. | TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN VARIOUS OIL/GAS ROYALTIES |
| | Date: November 13, 2014<br>Time: 11:00 a.m.<br>Place: Foley Bldg., Third Floor |

    Lenard E. Schwartzer, Chapter 7 Trustee (the"Trustee"), hereby moves this court for an Order authorizing the Trustee to sell the estate's interest in various oil/gas royalties, and alleges:

    1.    Debtor, BLYNTHIA JOYCE NEWHOUSE, aka Bynthia Joyce Rabb, aka Cynthia J. Newhouse, aka Cynthia J. Rabb, filed for relief under Chapter 7 of the United States Bankruptcy Code on May 2, 2014, and LENARD E. SCHWARTZER is the appointed and acting trustee in this matter.

    2.    Debtor's assets include various oil/gas royalties, including, but not limited to, those scheduled on Exhibit "1", attached hereto.

    3.    To date, the Trustee has collected a total of $572.97 from the various oil/gas royalties.

/ / / / /

/ / / / /

1

4. The Trustee has received one offer to purchase the estate's interest in the oil/gas royalties as follows:

**McCulliss Oil & Gas Inc.**                    **$16,000.00**

A copy of said offer is attached as Exhibit "2", attached hereto.

5. The Trustee is of the information and belief, and thereon alleges, that the offer of $16,000.00 is reasonable and acceptance of the offer is in the best interest of the estate.

6. The Trustee is unaware of any claims secured by the asset to be sold. If any creditor alleges that they have a perfected secured lien against the asset, the Trustee would suggest that said lien be deemed transferred to the proceeds of the sale pending further order of this court.

7. The Trustee requests that in the event there is a higher offer on the asset, that the Trustee be given authority to sell the asset to the highest bidder under similar terms and conditions.

## MEMORANDUM OF LAW

The duties of a trustee in a Chapter 7 filing are enumerated in 11 U.S.C. 704, which provides that:

> The trustee shall--
> (1) collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of parties in interest.

11 U.S.C. §363(b)(1) provides that:

> The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate.

## CONCLUSION

WHEREFORE, Trustee prays for an order authorizing him to (1) sell the estate's interest in the oil/gas royalties, free and clear of any and all liens encumbrances, to McCULLISS OIL & GAS INC. for $16,000.00 under the terms and conditions set forth herein, or (2) accept any higher offer on the asset and sell the asset to the highest bidder under similar terms and conditions, and (3) execute any and all documents necessary to effectuate the sale.

Dated: October 15, 2014

LENARD E. SCHWARTZER
Trustee

## DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: October 15, 2014

_____
LENARD E. SCHWARTZER, Trustee

Revenue Account

**COMSTOCK OIL & GAS, LP**
5300 TOWN & COUNTRY BLVD
SUITE 500
FRISCO TX 75034
(972) 668-8800

**COMERICA BANK**
32-75 / 1110

| Check No | Check Date | Check Amount |
|---|---|---|
| 0000520422 | 08/29/2014 | **************$56.92 |

PAY   Fifty Six Dollars and Ninety Two Cents

TO THE ORDER OF   BLYNTHIA NEWHOUSE

Void After 180 Days

_____
Treasurer

THIS DOCUMENT HAS A COLORED FACE AND CONTAINS A WATERMARK THAT IS VISIBLE WHEN HELD TO THE LIGHT. ABSENCE OF THESE FEATURES INDICATES A COPY.

⑈0000520422⑈ ⑆111000753⑆ 188111185 15⑈

---

*PLEASE DETACH AT PERFORATION ABOVE*

**COMSTOCK OIL & GAS, LP**
5300 TOWN & COUNTRY BLVD
SUITE 500
FRISCO TX 75034

Check Number: 0000520422

| Prod Date | Prod Code | Type Int | Price | MCF Quantity | Value | Gross Deductions | Net | Interest | Paid Int | Owner Value | Owner Deductions | Net Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property: TX-333-1007 | | | | | SHAW UNIT 2 WELL 1 | | TX Harrison | | | Survey: PACE J R | | A-585 Block |
| 05/2014 | GAS | R1 | 4.30 | 1,436.24 | 6,178.95 | | 5,689.44 | 0.00017599 | 0.00017599 | 1.09 | | 1.00 |
| | | | | | | Deduct TXSEV 488.37 | | | | | Description Texas Severance Tax | 0.09 |
| 05/2014 | PPRO | R1 | 0.62 | 2,967.48 | 1,844.83 | | 1,706.47 | 0.00017599 | 0.00017599 | 0.32 | | 0.30 |
| | | | | | | Deduct TXSEV 138.36 | | | | | Description Texas Severance Tax | 0.02 |
| 06/2014 | GAS | R1 | 4.25 | 1,030.36 | 4,374.35 | | 4,027.54 | 0.00017599 | 0.00017599 | 0.77 | | 0.71 |
| | | | | | | Deduct TXSEV 345.99 | | | | | Description Texas Severance Tax | 0.06 |
| 06/2014 | PPRO | R1 | 0.63 | 2,133.76 | 1,353.36 | | 1,251.86 | 0.00017599 | 0.00017599 | 0.24 | | 0.22 |
| | | | | | | Deduct TXSEV 101.50 | | | | | Description Texas Severance Tax | 0.02 |
| Property: TX-333-1008 | | | | | SHAW UNIT 3 WELL 1 | | TX Harrison | | | Survey: PACE J R | | A-585 Block |
| 05/2014 | GAS | R1 | 4.30 | 488.70 | 2,102.48 | | 1,935.92 | 0.00033558 | 0.00033558 | 0.71 | | 0.65 |
| | | | | | | Deduct TXSEV 166.17 | | | | | Description Texas Severance Tax | 0.06 |
| 05/2014 | PPRO | R1 | 0.62 | 1,009.74 | 627.74 | | 580.66 | 0.00033558 | 0.00033558 | 0.21 | | 0.19 |
| | | | | | | Deduct TXSEV 47.08 | | | | | Description Texas Severance Tax | 0.02 |
| 06/2014 | GAS | R1 | 4.25 | 481.65 | 2,044.83 | | 1,882.71 | 0.00033558 | 0.00033558 | 0.69 | | 0.64 |
| | | | | | | Deduct TXSEV 161.74 | | | | | Description Texas Severance Tax | 0.05 |
| 06/2014 | PPRO | R1 | 0.63 | 997.43 | 632.63 | | 585.18 | 0.00033558 | 0.00033558 | 0.21 | | 0.19 |
| | | | | | | Deduct TXSEV 47.45 | | | | | Description Texas Severance Tax | 0.02 |
| Property: TX-333-1017 | | | | | SHAW UNIT 1 - T | | TX Harrison | | | Survey: PACE J R | | A-585 Block |
| 05/2014 | GAS | R1 | 4.30 | 1,005.45 | 4,325.64 | | 3,982.95 | 0.00028053 | 0.00028053 | 1.21 | | 1.11 |
| | | | | | | Deduct TXSEV 341.89 | | | | | Description Texas Severance Tax | 0.10 |

⇐ Owner     Check Date: 08/29/2014     Check Amount ⇒     56.92

EXHIBIT "1"

**VALENCE OPERATING COMPANY**   600 Rockmead Drive, Suite 200  Kingwood, TX  77339

OWNER NO.
BLYNTHIA NEWHOUSE

CHECK DATE: 08/25/2014
CHECK NO.: 00704847

| Sale Date | Prod | Int | Price | Quantity | Gross (100% SALES) | Taxes | Deduct | Net | Decimal | Gross (Owner) | Taxes | Deduct | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location: 42536001 CULLEN, J.B. UNIT #1   County: HARRISON  State: TX |
| 05/14 | 2 | R | 4.39 | 227 | 995.43 | 69.59 | 0.00 | 925.84 | 0.00012690 | 0.13 | 0.01 | 0.00 | 0.12 |
| 06/14 | 2 | R | 4.48 | 294 | 1,316.64 | 92.04 | 0.00 | 1,224.60 | 0.00012690 | 0.17 | 0.01 | 0.00 | 0.16 |
| Location: 42536002 CULLEN, J.B. UNIT #2   County: HARRISON  State: TX |
| 05/14 | 2 | R | 4.39 | 180 | 789.33 | 55.18 | 0.00 | 734.15 | 0.00012690 | 0.11 | 0.01 | 0.00 | 0.10 |
| 06/14 | 2 | R | 4.48 | 189 | 846.42 | 59.17 | 0.00 | 787.25 | 0.00012690 | 0.10 | 0.01 | 0.00 | 0.09 |
| Location: 42536003 CULLEN, J.B. UNIT #3   County: HARRISON  State: TX |
| 05/14 | 2 | R | 4.39 | 3,539 | 15,519.00 | 1,084.92 | 0.00 | 14,434.08 | 0.00012690 | 1.98 | 0.13 | 0.00 | 1.85 |
| 05/14 | 3 | R | 97.88 | 38 | 3,719.33 | 171.09 | 0.00 | 3,548.24 | 0.00012690 | 0.47 | 0.02 | 0.00 | 0.45 |
| 06/14 | 2 | R | 4.48 | 2,597 | 11,630.35 | 813.03 | 0.00 | 10,817.32 | 0.00012690 | 1.47 | 0.11 | 0.00 | 1.36 |
| 06/14 | 3 | R | 101.09 | 34 | 3,437.13 | 158.11 | 0.00 | 3,279.02 | 0.00012690 | 0.43 | 0.02 | 0.00 | 0.41 |
| Location: 42536004 CULLEN, J.B. UNIT #4   County: HARRISON  State: TX |
| 05/14 | 2 | R | 4.39 | 2,015 | 8,840.43 | 618.02 | 0.00 | 8,222.41 | 0.00012690 | 1.11 | 0.08 | 0.00 | 1.03 |
| 06/14 | 2 | R | 4.48 | 2,313 | 10,358.49 | 724.12 | 0.00 | 9,634.37 | 0.00012690 | 1.31 | 0.10 | 0.00 | 1.21 |
| Location: 42536005 CULLEN, J.B. UNIT #5   County: HARRISON  State: TX |
| 05/14 | 2 | R | 4.39 | 4,190 | 18,373.71 | 1,284.49 | 0.00 | 17,089.22 | 0.00012690 | 2.33 | 0.16 | 0.00 | 2.17 |
| 05/14 | 3 | R | 97.88 | 35 | 3,425.70 | 157.58 | 0.00 | 3,268.12 | 0.00012690 | 0.43 | 0.02 | 0.00 | 0.41 |
| 06/14 | 2 | R | 4.48 | 3,305 | 14,801.04 | 1,034.68 | 0.00 | 13,766.36 | 0.00012690 | 1.88 | 0.13 | 0.00 | 1.75 |

SEE ATTACHED DISTRIBUTION STATEMENT

| Int: INTEREST | Prod: PRODUCT | VISIT OUR WEBSITE AT: | OWNER TOTAL: 119.80 |
|---|---|---|---|
| W: Working<br>R: Royalty<br>O: Override | 1: Oil-BBL<br>2: Gas-MCF<br>3: Condensate-BBL<br>4: Plant Prod-BBL | www.valenceoperating.com | |

---

PLEASE DETACH

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**VALENCE OPERATING CO.**
600 ROCKMEAD #200 PH. 281-359-3659
KINGWOOD, TX 77339-2111

BANK OF AMERICA, N.A.
32-1/1110

**704847**

VOID AFTER 90 DAYS

OWNER NUMBER: NEW139   PAY

DATE: 8/25/2014
CHECK NUMBER: 00704847
AMOUNT: $119.80***

***ONE HUNDRED NINETEEN AND 80 / 100 DOLLARS***

TO THE ORDER OF:
BLYNTHIA NEWHOUSE

TWO SIGNATURES REQUIRED OVER $1000




⑈704847⑈ ⑆111000012⑆ 375 049 5205⑈

**Sabine Oil & Gas LLC**
1415 Louisiana Ste 1600
Houston, TX 77002
Owner Inquiries: (832) 242-9575
Vendor Inquiries: (832) 242-9573

**607016**
Page 1 of 3
Check Date: 08/26/2014
Amount: 75.62

Owner: BLYNTHIA J NEWHOUSE

| Property # | Sale Mo/Yr | P R D | BBL/ MCF | BTU/ GRAV | Price | Gross Value | Gross Taxes | Gross Deducts | Net Value | ST | County | Decimal Interest | Int Type | Owner Gross Value | Operator Name | Tax Code | Owner State Tax | Ded Code | Deduct Amount | Owner Net Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6337 | | | | CAIN PAULA 001 | | | | | | TX | HARRISON | | | | SABINE OIL & GAS LLC | | | | | |
| | 06/14 | G | 0 | | | 0.00 | 0.52 | | -0.52 | | | 0.00016067 | RI | 0.00 | | REG | 0.00 | | | 0.00 |
| | 06/14 | G | 0 | | | 0.00 | -12.76 | 170.14 | -157.38 | | | 0.00016067 | RI | 0.00 | | SEV | 0.00 | TR | 0.03 | -0.03 |
| | 06/14 | G | -4 | | 3.19 | -13.39 | -1.89 | 11.76 | -23.26 | | | 0.00016067 | RI | 0.00 | | SEV | 0.00 | TRP | 0.00 | 0.00 |
| | 06/14 | G | 739 | | 4.72 | 3486.59 | 261.49 | | 3225.10 | | | 0.00016067 | RI | 0.56 | | SEV | 0.04 | | | 0.52 |
| | 06/14 | G | 0 | | | -81.23 | -6.09 | | -75.14 | | | 0.00016067 | RI | -0.01 | | SEV | 0.00 | | | -0.01 |
| | 06/14 | G | 0 | | | 0.00 | -12.38 | 165.01 | -152.63 | | | 0.00016067 | RI | 0.00 | | SEV | 0.00 | COM | 0.03 | -0.03 |
| | 06/14 | C | 0.77 | | 101.01 | 77.78 | 3.58 | | 74.20 | | | 0.00016067 | RI | 0.01 | | SEV | 0.00 | | | 0.01 |
| | 06/14 | P | 54.81 | | 1.68 | 92.26 | 6.92 | | 85.34 | | | 0.00016067 | RI | 0.01 | | SEV | 0.00 | | | 0.01 |
| 6338 | | | | CAIN PAULA 002 | | | | | | TX | HARRISON | | | | SABINE OIL & GAS LLC | | | | | |
| | 06/14 | G | 0 | | | 0.00 | 0.71 | | -0.71 | | | 0.00016067 | RI | 0.00 | | REG | 0.00 | | | 0.00 |
| | 06/14 | G | 0 | | | 0.00 | -17.57 | 234.28 | -216.71 | | | 0.00016067 | RI | 0.00 | | SEV | 0.00 | TR | 0.04 | -0.04 |
| | 06/14 | G | -6 | | 3.19 | -18.43 | -2.60 | 16.19 | -32.02 | | | 0.00016067 | RI | 0.00 | | SEV | 0.00 | TRP | 0.00 | 0.00 |
| | 06/14 | G | 1017 | | 4.72 | 4800.76 | 360.06 | | 4440.70 | | | 0.00016067 | RI | 0.77 | | SEV | 0.06 | | | 0.71 |
| | 06/14 | G | 0 | | | -111.85 | -8.39 | | -103.46 | | | 0.00016067 | RI | -0.02 | | SEV | 0.00 | | | -0.02 |
| | 06/14 | G | 0 | | | 0.00 | -17.01 | 226.83 | -209.82 | | | 0.00016067 | RI | 0.00 | | SEV | 0.00 | CCM | 0.04 | -0.04 |
| | 06/14 | C | 1.02 | | 101.02 | 103.04 | 4.74 | | 98.30 | | | 0.00016067 | RI | 0.02 | | SEV | 0.00 | | | 0.02 |
| | 06/14 | P | 75.47 | | 1.68 | 127.03 | 9.53 | | 117.50 | | | 0.00016067 | RI | 0.02 | | SEV | 0.00 | | | 0.02 |
| 6339 | | | | CAIN PAULA 003 | | | | | | TX | HARRISON | | | | SABINE OIL & GAS LLC | | | | | |
| | 06/14 | G | 0 | | | 0.00 | 1.26 | | -1.26 | | | 0.00016067 | RI | 0.00 | | REG | 0.00 | | | 0.00 |
| | 06/14 | G | 0 | | | 0.00 | -31.34 | 417.91 | -386.57 | | | 0.00016067 | RI | 0.00 | | SEV | -0.01 | TR | 0.07 | -0.06 |
| | 06/14 | G | -10 | | 3.19 | -32.89 | -4.63 | 28.87 | -57.13 | | | 0.00016067 | RI | -0.01 | | SEV | 0.00 | TRP | 0.00 | -0.01 |
| | 06/14 | G | 1815 | | 4.72 | 8563.83 | 642.29 | | 7921.54 | | | 0.00016067 | RI | 1.38 | | SEV | 0.10 | | | 1.28 |
| | 06/14 | G | 0 | | | -199.54 | -14.97 | | -184.57 | | | 0.00016067 | RI | -0.03 | | SEV | 0.00 | | | -0.03 |
| | 06/14 | G | 0 | | | 0.00 | -30.20 | 402.68 | -372.48 | | | 0.00016067 | RI | 0.00 | | SEV | 0.00 | COM | 0.07 | -0.07 |
| | 06/14 | C | 1.53 | | 101.02 | 154.56 | 7.11 | | 147.45 | | | 0.00016067 | RI | 0.03 | | SEV | 0.00 | | | 0.03 |
| | 06/14 | P | 134.62 | | 1.68 | 226.60 | 17.00 | | 209.60 | | | 0.00016067 | RI | 0.04 | | SEV | 0.00 | | | 0.04 |
| 6340 | | | | CAIN PAULA 004 | | | | | | TX | HARRISON | | | | SABINE OIL & GAS LLC | | | | | |
| | 06/14 | G | 0 | | | 0.00 | 0.38 | | -0.38 | | | 0.00016067 | RI | 0.00 | | REG | 0.00 | | | 0.00 |
| | 06/14 | G | 0 | | | 0.00 | -9.78 | 130.39 | -120.61 | | | 0.00016067 | RI | 0.00 | | SEV | 0.00 | TR | 0.02 | -0.02 |

Continued...

Did you know that you can receive payments electronically? A simple online subscription makes it easy to signup for ACH payments, payment notifications, and remittance download services. Learn more and signup at **http://signup.paynetexchange.com**. Your subscription code is **H7T2TMW2**.

---

FOR SECURITY PURPOSES, THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK

**Sabine Oil & Gas LLC**
1415 Louisiana Ste 1600
Houston, TX 77002
Owner Inquiries: (832) 242-9575
Vendor Inquiries: (832) 242-9573

BBVA Compass

**607016**

VOID AFTER 90 DAYS

| CHECK NUMBER | DATE | AMOUNT |
|---|---|---|
| 607016 | 08/26/2014 | $*******75.62 |

PAY EXACTLY  Seventy Five And 62/100 Dollars

TO THE ORDER OF  BLYNTHIA J NEWHOUSE

3182

⑆607016⑆ ⑆113010547⑆ 253581242⑆

# E Mattson

**From:** E Mattson
**Sent:** Monday, October 13, 2014 4:52 PM
**To:** 'Brian McCulliss'
**Subject:** RE: BK-S 14-13152 Newhouse - Oil Royalties

Thank you for your bid. I will continue to keep you updated.

*Erica Mattson*
*Lenard E. Schwartzer, Trustee*
*2850 S. Jones Blvd., Suite 1*
*Las Vegas, Nevada 89146*
*702-307-2022 ext. 111*

**From:** Brian McCulliss [mailto:bpm@mccullissoil.com]
**Sent:** Monday, October 13, 2014 4:41 PM
**To:** E Mattson
**Subject:** RE: BK-S 14-13152 Newhouse - Oil Royalties

I will go to $16,000.00. Thank you.

Brian McCulliss



McCulliss Oil & Gas Inc.
Oil & Gas Minerals & Royalties

PO Box 221515
Denver, CO 80222
303-758-9785 office
303-999-1803 cell
303-300-9020 fax
bpm@mccullissoil.com

**From:** E Mattson [mailto:EMattson@s-mlaw.com]
**Sent:** Friday, October 10, 2014 11:42 AM
**To:** Brian McCulliss
**Subject:** RE: BK-S 14-13152 Newhouse - Oil Royalties

Mr. McCulliss,

We received an offer of $14,750.00 for the estate's interest in the oil royalties. Would you like to increase your bid?

*Erica Mattson*
*Lenard E. Schwartzer, Trustee*
*2850 S. Jones Blvd., Suite 1*
*Las Vegas, Nevada 89146*
*702-307-2022 ext. 111*

1

EXHIBIT "2"

**From:** Brian McCulliss [mailto:bpm@mccullissoil.com]
**Sent:** Friday, October 03, 2014 12:41 AM
**To:** E Mattson
**Subject:** RE: BK-S 14-13152 Newhouse - Oil Royalties

Erica,

Thank you for the opportunity to increase my bid. I will go to $14,600.00. Please keep me informed of any updates. Thank you.

Brian McCulliss



**McCulliss Oil & Gas Inc.**
Oil & Gas Minerals & Royalties

PO Box 221515
Denver, CO 80222
303-758-9785 office
303-999-1803 cell
303-300-9020 fax
bpm@mccullissoil.com


**From:** E Mattson [mailto:EMattson@s-mlaw.com]
**Sent:** Thursday, October 02, 2014 12:43 PM
**To:** bpm@mccullissoil.com
**Subject:** BK-S 14-13152 Newhouse - Oil Royalties

Mr. McCulliss,

I would like to notify you that we have received another bid in the estate's interest in Ms. Newhouse's oil rights. The offer received was for $14,248.00 and we will prepare our motion to sell. If you would like to submit a counter offer, please do so as soon as possible.

Thank you!

*Erica Mattson*
*Lenard E. Schwartzer, Trustee*
*2850 S. Jones Blvd., Suite 1*
*Las Vegas, Nevada 89146*
*702-307-2022 ext. 111*

---

Total Control Panel                                                                                           Login

To: emattson@s-mlaw.com              Remove this sender from my allow list
From: bpm@mccullissoil.com

*You received this message because the sender is on your allow list.*

2